IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL E. LEWIS,**

      **Petitioner,**

  v.                                    **CASE NO. 2:05-cv-239**

                                        **JUDGE SMITH**
                                        **MAGISTRATE JUDGE KING**

**STATE OF OHIO,**

      **Respondent.**

## OPINION AND ORDER

On November 3, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 11. Petitioner again argues that he was denied his right to appeal and to the effective assistance of counsel when his attorney filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967). Petitioner again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is hereby **DISMISSED**.

                                                                           s/ George C. Smith
                                                                            GEORGE C. SMITH
                                                                       United States District Judge